Gee

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James H. Deloach, Warden
   Draper Correctional Facility
   P. O. Box 1107
   Elmore, AL 36025

2:06cv262 (Cmp\order 40 dys)

2. Article Number
   (Transfer from service label)

   7005 1160 0001 2962 3656

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   C Bell
☒ Agent
☐ Addressee

B. Received by (Printed Name)
C Bell

C. Date of Delivery
3/30/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540