In The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED
2006 APR 11 A 10:07

Anthony Gee, #227493  )
                      )
Plaintiff             )  Civil Action No
                      )  2:06-cv-262-WKW
VS.                   )
                      )
James H. Deloach      )
Defendants.

### Motion For Initial Disclosures

Comes Now the Plaintiff Anthony Gee, by and through himself, pursuant to Rule 26(a)(1), Fed. R. C. P " Initial Disclosures", and moves this court for an order directing Defendant Warden James H. Deloach to the Plaintiffs or directly to the court the last known Address of the Defendant Ricky Woods for the purpose of serving process on this Defendant, and states the following

1. Defendant Ricky Woods is no longer assigned at Draper correctional Center or is no longer employed with the Alabama Department of Corrections, and his last known address is unknown to the plaintiff. The Plaintiff do not need this Information personally but it is needed by the court to complete service as ordered by the court, and it is acceptable to have the address provided directly to the court if Defendant Deloach prefer.

WHEREFORE, the plaintiff requests that the court grant this motion in all respects

Respectfully Submitted
Anthony Gee #227493

121

## Certificate of Service

I hereby certify that I have served a copy of the above and foregoing upon attorneys of records for Defendants, to-wit, General Counsel, Alabama Department of Corrections, P.O Box 301501 Montgomery, Alabama 36101, by placing a copy of the same, in the United States Mail, postage prepaid and properly addressed on this 6th day of April 2006.

*Anthony Gee*
Anthony Gee # 227493