IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GEE, #227493, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-262-WKW |
| ) | |
| JAMES H. DELOACH, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon review of the motion for initial disclosure filed by the plaintiff on April 11, 2006 (Court Doc. No. 7), in which the plaintiff requests that the defendants be required to provide him with a current address for Ricky Woods, and for good cause, it is

ORDERED that:

1. On or before April 27, 2006, the defendants shall show cause why this motion should not be granted.

2. The plaintiff be GRANTED an extension from April 19, 2006 to and including May 15, 2006 to furnish the Clerk's office with a correct address for Ricky Woods.

The Clerk is hereby DIRECTED to provide a copy of this order to the General Counsel for the Alabama Department of Corrections.

Done this 14th day of April, 2006.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE