IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GEE, #227493, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-262-WKW |
| | ) |
| JAMES H. DELOACH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for initial disclosure filed by the plaintiff on April 11, 2006 (Court Doc. No. 7), and in light of the plaintiff's voluntary dismissal of this case, it is

ORDERED that this motion be and is hereby DENIED as moot.

Done this 26th day of April, 2006.

                                  /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE