IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GEE, #227493 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )   CASE NO.: 2:06-CV-262-WKW |
| | ) |
| JAMES H. DELOACH, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT JAMES DELOACH'S**
**RESPONSE TO COURT ORDER OF APRIL 14, 2006**

COMES NOW the Defendant James Deloach, by and through his undersigned counsel, and in response to the Court's Order of April 14, 2006, respectfully responds as follows:

1. Ricky Woods is on active military duty.  (See attached **EXHIBIT A**)

2. Ricky Woods does not know of this lawsuit, and as such, cannot consent to representation.

Respectfully submitted on this 26th day of April, 2006.


 /s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Counsel for Defendant James Deloach

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that I have, on this the 26th day of April, 2006, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Anthony Gee, #227493
Easterling Correctional Facility
200 Wallace Drive
Clio, AL  36017

    /s/ J. MATT BLEDSOE