# AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Ms. Kimberly Weary, who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is Kimberly Weary. I am currently employed as a Personnel Assistant I with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

I certify that I handle all personnel files for Draper Correctional Center. Officer Ricky Woods has been on military activation since August 21, 2005.

*Kimberly Weary* (signature)
Kimberly Weary, PAI

SWORN TO AND SUBSCRIBED before me this 26th day of April 2006.

*(signature)*
Notary Public

My Commission Expire 6-1-07

EXHIBIT A