IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GEE, #227493, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-262-WKW |
| | ) |
| JAMES H. DELOACH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for interrogatories filed by the plaintiff on May 2, 2006 (Court Doc. No. 13), and in light of the plaintiff's voluntary dismissal of this case, it is

ORDERED that this motion be and is hereby DENIED as moot.

Done this 3rd day of May, 2006.

                                                  /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE