(ORIGINAL TO U.S. DISTRICT COURT)    Doc. #1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GEE, #227493, PRO SE, PLAINTIFF<br><br>VS.<br><br>JAMES H. DELOACH, RICKY WOODS, ET. AL. DEFENDANT(S) | CIVIL ACTION NO: 2:06-CV-262-WKW (WO) |

---

### AFFIDAVIT AND DECLERATION

Comes now the Plaintiff, Anthony Gee, a state prisoner, before this Honorable Court, United States Magistrate Judge Charles S. Coody. Declares, pursuant to 28 U.S.C. § 1746(2), "I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct."

The following;

I am Anthony Bee #227493, a state prisoner, currently held in the segregation unit, Easterling Correctional Facility 5A-22.

I am over 21 years old.

<u>I am not the person</u>, who filed and/or signed a motion for voluntary dismissal in the above referenced civil action 2:06-CV-262-WKW.

It has never been my intent to dismiss this civil action.

It is my firm belief that my original complaint is meritorious on its face, and I would like to proceed with this litigation, per the instructions, recommendation and orders of this Honorable Court, <u>after the re-consideration,</u> in light of this sworn affidavit.

①

I would now submit to this Honorable Court, pursuant to 28 USC § 1731 - Handwriting the following examples of my own signature;

originals only:

① anthony Gee # 227493

② anthony Gee # 227493

③ anthony Gee # 227493

④ anthony Gee # 227493

⑤ anthony Gee # 227493

I have asked for the assistance of Thomas Otter Adams - # 100612-B CASE NO: ~~ ~~ 2:05-CV-352-T, a state prisoner, also in Seg. in SB-8.

②

In light of the foregoing affidavit, entrusting to this Honorable Court's wisdom and discretion, pursuant to F. R. Civ. P. Rule-56(f), be allowed to proceed in this litigation without further delay, fine or penalty.

I submit the following pursuant to F. R. Civ. P. - Rule 26(g)(1) and 28 U.S.C. § 1746(2) that the foregoing is true and correct to the best of my belief and knowledge, under a penalty of perjury I affix my own signature hereto;

x Anthony Gee 227493
Anthony Gee - 227493
5 A-22  E.C.F.
Segregation Unit
200 Wallace Dr.
Clio, Ala. 36017

Done this 2 day of May 2006

(3)

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY, BY MY SIGNATURE THAT I HAVE SENT A PROPER COPY OF THE FOREGOING AFFIDAVIT/DECLARATION TO THE ATTORNEY OF RECORD;

HONORABLE J. MATT BLEDSOE
ASSISTANT ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, ALA. 36130

PROPER ADDRESSED, FIRST-CLASS POSTAGE PRE-PAID.

DONE THIS __2__ DAY OF __MAY__ 2006

SIGNATURE: _Anthony Lee 227493_
ANTHONY LEE - 227493
5A-22 E.C.F.
SEGREGATION UNIT
200 WALLACE DR.
CLIO, ALA. 36017

WITNESS:
Thomas Peter Adams - 100612B
5B-8

(4)

Anthony Gee # 227493
EASTERLING CORRECTIONAL FACILITY
10 200 WALLACE Dr
Clio, Alabama 36017

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Ms** Debra Hackett
United*States*District Court
P*O*Box 711
Montgomery ALA
36101

36101+0711-11 B007

US POSTAGE $00.63
MAY 09 2006
MAILED FROM ZIP CODE 36017