IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GEE, #227493, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-262-WKW |
| | ) |
| JAMES H. DELOACH, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the objection filed by the plaintiff on May 10, 2006 (Court Doc. No. 15), and for good cause, it is

ORDERED that the Recommendation entered on April 26, 2006 (Court Doc. No. 10)be and is hereby WITHDRAWN.

Done this 11th day of May, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE