# AFFIDAVIT

Anthony Gee, #227493
PLAINTIFF

VS.

CIVIL ACTION NO.

Draper Correctional Facility
DEFENDANTS.

## STATE OF ALABAMA
## EASTERLING CORRECTIONAL FACILITY

I, __Beth H Long__ hereby certify and affirm that I am a __Medical Records Clerk__, at Easterling Correctional Facility; that I am one of the custodians of __inmate medical records__ at this institution; that the attached document(s) are true, exact, and correct photocopies of certain documents maintained here in the __Health Care Unit – Easterling C.F.__; and that I am over the age of twenty-one years and competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the Easterling Correctional Facility; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such facts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the __24__ day of __May__, __2006__.

_Beth H Long_

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE __24__ DAY OF __May__, __2006__.

My Commission Expires: __7-15-07__

_Linda E. Deal_
NOTARY PUBLIC

EXHIBIT A



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: Gee Anthony  D.O.B. 2/22/83  ALLERGIES: NKA  Use Last    Date 1/28/04 | DIAGNOSIS (If Chg'd)  ① Keflex 500mg po QD x 5 days  ✗ū pn Dr Williams/ swelling  ② HCU 12/o sutures/Removal  ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
|---|---|
| NAME: Gee Anthony  227493  D.O.B. 2/22/83   Draper  ALLERGIES: NKA  Use Fourth   Date 3/29/04 | DIAGNOSIS (If Chg'd)  HCU visit in 7 days  appt 4/5 @ cu  ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Gee Anthony  227493  D.O.B. 2/22/83  ALLERGIES: NKA   Draper  Use Third   Date 3/22/04 | DIAGNOSIS (If Chg'd)  Appt 3/22 cu  Natural/Artificial Tears  ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Gee Anthony  227493  D.O.B. 2/22/83   Draper  ALLERGIES: NKA  Use Second   Date 3/22/04 | DIAGNOSIS (If Chg'd)   PO  Prednisone 20mg Tabs II Tabs BID x 3 days → I Tab BID x 3 days → ½ Tab BID x 3 days  Acyclovir 800mg PO TID x 5 days  HCU visit in 7 days  ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Gee, Anthony  227493   Draper  D.O.B. 2/22/83  ALLERGIES: ∅  Use First   Date 2/23/04 | DIAGNOSIS Lt eye pain - rl EKG  Indocin 50mg BID x 7 days  ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  <br> ALLERGIES: | |
| Use Last   Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  /  <br> ALLERGIES: | |
| Use Fourth   Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  /  <br> ALLERGIES: | |
| Use Third   Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Gee, Anthony 227493 <br><br> D.O.B. 2/27/83 <br> ALLERGIES: | DIAGNOSIS (If Chg'd) |
| Use Second   Date  /  / | ☒ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Gee, Anthony 227493 <br><br> D.O.B. 2/27/83 <br> ALLERGIES: NKA | DIAGNOSIS   appt 12/8/04 SO <br> Keflex 500mg TID x 7 days <br> Motrin 600 mg PO TID x 5 days <br> HCU visit 12/6 Suture/Staple removal <br> DC M/A |
| Use First   Date 11/29/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  M Blunt |

MEDICAL RECORDS COPY

60110 (4/03)



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

**11/29/04** — S. Pt to ER Saturday 2nd[ary] to altercation
— Ⓡ medial lip laceration Repaired c̄ dermabond.
**ER record not Avail** — Ⓡ lat/ant shoulder repair c̄ staples
Lip wound is hurting + draining.
Ⓞ lip laceration 3cm c̄ 2mm gap at center.
Brown matting to lat edge.
Ⓡ shoulder 8cm stapled well approximated wound
Ø S/S of infection.
/P. Will cover c̄ ABX
   Return to camp
   See Orders
                                    D McLu[?]

**12/08/04** — To see Hosp per suture removal
Well healed Ⓡ ant Shoulder wound
Staples removed
                                    D McL[?]

60111 (5/85)                Complete Both Sides Before Using Another Sheet


PHS
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE 11/27/04 | TIME 9:00 AM/PM | ORIGINATING FACILITY: Draper prison  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|
| ALLERGIES: NKA | | CONDITION ON ADMISSION ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA | |
| VITAL SIGNS: TEMP 99.3 ORAL/RECTAL | RESP. 24 | PULSE 82   B/P 126/66 | RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S - Body chart per DOC request.

O - A&O x 3. Skin w/d. Resp clear & ease. Noted 3 razor cuts. 2.5 cm laceration in 1 mid lip. 1 cm lac in R end of L lip. 7.5 cm lac in right shoulder. No bleeding noted @ present. ∅ c/o pain.

**PHYSICAL EXAMINATION**

A - pct in health maint

P - called MD. V/O to send to BCH. Cleansed c NS and applied steri strip to cut sites. Dressed c 4x4 gauze to R shoulder, secured c elastic gauze bandage.

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 11/27/04 | TIME 9:15 AM/PM | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| NURSE'S SIGNATURE [sig] RN | DATE 11/27/4 | PHYSICIAN'S SIGNATURE [sig] | DATE 11/27/04 | CONSULTATION |
| INMATE NAME (LAST, FIRST, MIDDLE) Gee, Anthony | | | DOC# 227493 | DOB 2/22/83  R/S B/M  FAC. Draper |

PHS-MD-70007              (White – Record Copy, Yellow – Pharmacy Copy)



**PRISON HEALTH SERVICES INCORPORATED**

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: Elmore Community Hospital (Agency)

(Address)

From: Staton Health Care Unit (Institution)

(Address)

334, 567-1548 (Telephone)

Inmate's Name: Anthony Gee
a/k/a: AIS# 227493
D.O.B.: 02/22/83   SS #:
Person Completing Form
Name: A. Lionberger LPN
Signature: A Lionberger LPN
Date: 11.27.04

**MEDICAL PROBLEM(S):**
- 1 cm in length cut to Lower Right side of Lip.
- 3 cm in length cut to Center of Top Lip
- 7½ cm in length cut to Right shoulder

**TREATMENTS/MEDICATIONS:**
- 0 current medications

Allergies: NKDA

Pregnant:   Yes   No   Unknown

Other Lab Data:

Last Tetanus given 2002
TB Skin Test: NEG  POS   Date 01/02/04
CXR:          NEG  POS   Date

| Test | | Treated | Date |
|---|---|---|---|
| RPR: | NEG  POS | Yes No | |
| VDRL: | NEG  POS | Yes No | |
| GC: | NEG  POS | Yes No | |
| Other: | | Yes No | |

60109 (4/87)

WHITE - RECEIVING INSTITUTION, YELLOW - MEDICAL FILE