# AFFIDAVIT

**Anthony Gee, #227493**
**PLAINTIFF**

VS.                                         CIVIL ACTION NO.

**Draper Correctional Facility**
**DEFENDANTS.**

## STATE OF ALABAMA
## EASTERLING CORRECTIONAL FACILITY

I, __Latrice Greene__ hereby certify and affirm that I am a __Classification Specialist Supervisor__, at Easterling Correctional Facility; that I am one of the custodians of __inmate records__ at this institution; that the attached document(s) are true, exact, and correct photocopies of certain documents maintained here in the __Classification Dept.__; and that I am over the age of twenty-one years and competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the Easterling Correctional Facility; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such facts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the __24__ day of __May__, __2006__.

*(signature: Latrice Greene)*

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE __24__ DAY OF __May__, __2006__.

My Commission Expires: __7-15-07__

*(signature: Linda E. Teal)*
NOTARY PUBLIC

**EXHIBIT B**

## DETENTION NOTIFICATION
### Draper Correctional Center

FROM: __Sgt. William Miller__ Shift Commander / Official

TO: Inmate __Anthony Gee__ AIS # __B/227493__

REF: Placement in Administrative Segregation

You are being placed in Administrative Segregation for (Brief Description of Reason):

__35 - Fighting without a weapon. Inmate Gee was assaulted by inmate Raheem Fikes, B/192178__

Your placement in Segregation is authorized by __Sgt. William Miller__ on this the __27th__ day of __November__, 2004. Your confinement in Segregation is for a period of not more than seventy-two (72) hours. Prior to the end of your 72-hour confinement, you will either be released, served a Progress Review, a Disciplinary Notice, or extended. This 72-hour confinement excludes weekends and holidays. You may also be confined in Segregation by order of the I&I Division for investigation, criminal prosecution, etc. You will be given a verbal and written orientation concerning policies and procedures of the Segregation Unit at the time you enter the Unit. You will be allowed to make one (1) phone call upon your initial placement into the Segregation Unit. You must retain personal envelopes, stationary, stamps, and current legal work upon initial placement in Segregation. You will not be allowed to go back into your property until after sixty (60) days from your initial placement. Your signature below indicates that you have collected and secured all of your personal property from population and acknowledges receipt of this detention notice.

__Anthony Gee 227493__                        __M. Thomas, COI  11-29-04__
Inmate's Signature / AIS #                   Officer's Signature    Date / Time

1. Inmate's property has been collected and placed into the Segregation Unit Property Room.
2. Inmate was afforded the opportunity to place a phone call prior to confinement.

a. Refused _____   b. Called _____   c. Call Later __✓__   Time: __4:00pm__

                                             __M. Thomas, COI__
cc: Inmate's Segregation File                Officer's Signature
    Classification

Annex E to SOP #5-70

DCC 04-319

ALABAMA DEPARTMENT OF CORRECTIONS
MAJOR INSTITUTIONS - BEHAVIOR CITATION

INMATE: Anthony Gee     AIS: B/227493     CELL/DORM/BED#: 5/109

FACILITY: Draper Correctional Center     JOB ASGMT:     CUSTODY: Medium

The above named inmate is cited by Officer Ricky Woods for the following violation(s) of institutional/departmental rule(s) as described:
Rule #63-Disorderly Conduct. Officer Ricky Woods observed inmate Anthony Gee wrestling with inmate Travoris Sumler B/232728 bed 102.

Date of Infraction: 11/27/04     Time of Infraction: 8:35 PM (am or pm)
Location of Infraction: Cell #5 Upstairs

_Ricky Woods_ 12/03/04
Citing Employee's Signature/Date

*********************************************************************

I have investigated the circumstances surrounding this citation and recommend that the following sanction(s) be taken against this inmate:

☐ Counseling/Warning  ☒ Loss of Telephone Privileges for 45 days
☒ Loss of Canteen Privileges for 45 days  ☒ Removal from Incentive Program
☒ Loss of Visiting Privileges for 45 days  ☐ Removal from Hobby Crafts Prg.
☒ Extra Duty for 45 days at 2 hours per day under supervision of 2ND Shift
☐ Removal from good time earning status
☐ Referral to Classification for custody review.

X _Anthony Gee_ 227493 12-3-04       _Will C. Millcott_ 12/3/04
Inmate's Signature/AIS/Date            Shift Supervisor's Signature/Title/Date

*********************************************************************

After having reviewed this citation and the recommended sanction(s) presented, the following action is approved:

(✓) Citation and sanctions are approved
( ) Citation and sanctions are approved as modified below: _____

( ) Citation and sanctions are disapproved and formal disciplinary action is to be immediately initiated under the provisions of ADOC AR 403.
( ) Citation and sanctions are disapproved. Expunge action from inmate's file.

1-15-05 Thru 2-28-05                 _[signature]_ 12/6/04
Effective Date of Sanctions          Warden/Designee's Signature/Date

*********************************************************************

Inmate's receipt of completed action: _Anthony Gee_ 227493 - 12-7-04
                                       Inmate Signature/AIS/Date
Serving Officer's Initials _SL_

Distribution:   ( ) Captain ( ) Shift Cmdr ____ Shift  ( ) Business Office ( ) I.C.S.
(As Required)   ( ) Psychologist (✓) Classification ( ) Central Records ( ) File

ENTERED TERMINAL Annex A to AR 414
DATE:____ BY:____

N601
D of C
DOC No. 601
(Rev. 1/98)

# STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS
# INSTITUTIONAL INCIDENT REPORT

| 1. Institution: Draper Correctional Center | 2. Date: 11/27/04 | 3. Time: 8:35 P.M | 4. Incident Number: DCC 04-319 |
|---|---|---|---|
| 5. Location Where Incident Occurred: Cell #5 Upstairs | | 6. Type of Incident: #31 - Assault on another Inmate. #63-Disorderly Conduct | |
| 7. Time Incident Reported: 8:37 PM | | 8. Who Received Report: Willie C. Miller  Sgt. William C. Miller | |

**9. Victim:**
a. Anthony Gee  (Type Full Name)   No. B/227493
b. _____ (Type Full Name)   No. _____

**10. Suspects:**
a. Trevoris Sumler   No. B/232728
b. Raheem Fikes   No. B/192170
c. _____   No. _____
d. _____   No. _____
e. _____   No. _____

**11. Witnesses:**
a. N/A   No. N/A
b-g. _____

**Physical Evidence:**
12. Type of Evidence: N/A

13. Description of Evidence: N/A

14. Chain of Evidence: N/A
a. _____
b. _____
c. _____
d. _____

**15. Narrative Summary:** On 11/27/04, Officer Ricky Woods was assigned to Cell #5 Upstairs. At approximately 8:35 PM, Officer Woods was roving the cell when he observed inmates Anthony Gee, B/227493 and Trevoris Sumler, B/232728 wrestling in the back of the cell near the bathroom. Officer Woods approached the area and ordered both inmates to stop. Inmates Gee and Sumler complied with no other incident. Officer Woods verbally reprimanded inmates Gee and Sumler on their negative behavior. At approximately 8:37 PM, Officer Woods ordered inmates Gee and Sumler to report to the Shift Office and reported the incident to Sgt. William C. Miller, via radio. After entering the shift office, Sgt. Miller verbally reprimanded inmates Gee and Sumler of their negative behavior. At approximately 8:40 PM, both inmates were sent back to Cell #5 Upstairs by Sgt.

Distribution: ORIGINAL Investigation and Inspection Division    COPY to Central Records File
COPY to Deputy Commissioner, Institutions    COPY to Institutional File



D of C
N 602

## CONTINUATION SHEET

Incident Number: DCC 04-319

Date: 11/27/04

Type: #31-Assault on another Inmate. #63-Disorderly Conduct

Narrative Summary (Continued) Page No. 2

Miller pending behavior citations for rule violation #63-Disorderly Conduct. Upon arriving in Cell #5 Upstairs, Officer Woods ordered inmates Gee and Sumler to get some brooms and help clean up the cell. Inmate Gee was in the back of the cell when Officer Woods observed inmate Gee running towards the front of the cell with his right hand over his mouth and blood on his shirt. Inmate Gee ran down stairs to the hallway and Officer Woods responded behind inmate Gee. Officer Woods radioed that assistance was needed in Cell #5 upstairs. Sgt. Miller and several second shift officers reported to Cell #5 upstairs and locked down the cell while Officer Woods escorted inmate Gee to the shift office. When Sgt. Miller returned to the shift office, inmate Gee reported to Sgt. Miller that inmate Raheem Fikes, B/192170 had cut him on his lip and shoulder with a razor blade. Officers Rodney Woods and Gary Holder handcuffed inmate Fikes on bed 165 and escorted him to the shift office. At approximately 8:40 PM, Cpt. Joseph Womble was notified of the incident. At approximately 8:45 PM, Officer Terrance Myrick escorted inmate Gee to Staton Health Care Unit for medical treatment. (See attached body chart) At approximately 8:50 PM, Warden Jeffery Williams was notified of the incident. At approximately 9:00 PM, Warden James DeLoach was notified of the incident. At approximately 9:10 PM, Officer Rod Woods escorted inmate Sumler to Cell #5 upstairs to pack his property. At approximately 9:15 PM, Officer Rod Woods escorted inmate Sumler to SHCU for a medical examination. (See attached body chart) At approximately 9:25 inmate Gee was transported to Elmore Community Hospital for treatment by officers Myrick and Roddick Vinson. (See attached overnight transport form) Sgt. Miller conducted an investigation which revealed that inmate Fikes did cut inmate Gee with some type of weapon. Inmate Gee stated to Sgt. Miller that he does not know why he was cut by inmate Fikes. Inmate Fikes denied cutting inmate Gee but blood was on his clothing. Sgt. Miller verbally reprimanded inmate Fikes on his negative behavior. At approximately 9:45 PM, Officers Rod Woods and Samuel Johnson escorted inmate Fikes to SHCU for a medical examination. (See attached body chart) At approximately 10:00 PM, inmate Sumler was placed in Drapers segregation unit pending further investigation. At approximately 10:15 PM, inmate Fikes was placed in Drapers segregation pending rule violation #31-Assault on another inmate. At approximately 11:40 PM, Officers Myrick and Vinson returned from Elmore Community Hospital with inmate Gee who was placed in SHCU (MOU bed #5) for further observation. When inmate Gee is released from SHCU, inmate Gee will be place in Drapers segregation unit pending further investigation. No further actions taken at this time.

*Ricky Woods, COI*
Officer Ricky Woods

## ALABAMA DEPARTMENT OF CORRECTIONS
## CENTRAL COMMUNICATIONS INCIDENT REPORT

Type of Incident: __Assault on another Inmate__   Institution: __Draper CF__

Victim(s) __Anthony Gee__   AIS# __227493__   R/S __B/M__   DOB: __02/22/83__

Suspect(s) __Raheem Fikes__   AIS# __192170__   R/S __B/M__   DOB: __01/31/78__

Sentenced From: __(V)Escambia County__   Date of Sentence: __02/07/03__

Crime __(V)Burglary II, TOP I & II__   Length of Sentence __10 Years__

Date: __11/27/04__   Time: __8:35 PM__   Location: __5 Cell Upstairs__

**Brief Narrative:**
Inmate Anthony Gee B/227493 was cut in Cell #5 upstairs with a razor by Inmate Raheem Fikes, B/192170. Inmate Gee was cut on his lip and right shoulder. Inmate Gee has to be transported to Elmore Community Hospital stictches.

Official Reporting: __Sgt William C Miller__   Date: __11/27/04__   Time: __9:35 PM__

Receiver of Report: __PCO Keetley__   DOC Communication Div.

Dep. Commissioner: __Greg Lovelace  E-Mail__   Date: __11/27/04__   Time: __PM__

Inst. Coordinator: __Roy Hightower  E-Mail__   Date: __11/27/04__   Time: __PM__

Investigations: __C P Barfoot  E-Mail__   Date: __11/27/04__   Time: __PM__

Comm Corr Dir: __Steve Hayes  E-Mail__   Date: __11/27/04__   Time: __PM__

Central Records: __Notified by E-Mail__   Date: __11/27/04__   Time: __PM__

Public Info Officer: __Brian Corbett  E-Mail__   Date: __11/27/04__   Time: __PM__

Central Classification __Paul Whaley  E-Mail__   Date: __11/27/04__   Time: __PM__



# EMERGENCY

 

| ADMISSION DATE | TIME | ORIGINATING FACILITY: Draper | |
|---|---|---|---|
| 11/27/04 | 0950 AM | ☐ SIR  ☐ PDL  ☐ ESCAPEE | ☐ SICK CALL  ☑ EMERGENCY  ☐ OUTPATIENT |

**ALLERGIES:** NKDA

**CONDITION ON ADMISSION:** ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

**VITAL SIGNS:** TEMP 991 ORAL   RESP. 18   PULSE 68   B/P 146/76   RECHECK IF SYSTOLIC <100> 50

### NATURE OF INJURY OR ILLNESS

S) Body chart requested per DOC

O) A&Ox3. Resp c ease
Skin w/o to touch
S injuries noted
Ambulating s difficulty
S/S of acute distress noted

### PHYSICAL EXAMINATION

A) Body chart
requested per DOC

P) Release to DOC
MD to Review

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ____ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

### DIAGNOSIS

### INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 11/27/04 | 0955 AM | Draper | ☑ DOC  ☐ AMBULANCE | ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

**NURSE'S SIGNATURE:** [signature] LPN   DATE 11.27.04
**PHYSICIAN'S SIGNATURE:**   DATE   CONSULTATION

**INMATE NAME (LAST, FIRST, MIDDLE):** Sumter, Trevaris

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 232778 | 11-29-85 | BM | DCC |



# EMERGENCY




**ADMISSION DATE:** 11/27/04  **TIME:** 955 AM
**ORIGINATING FACILITY:** Draper
☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____
☐ SICK CALL ☒ EMERGENCY ☐ OUTPATIENT

**ALLERGIES:** NKDA

**CONDITION ON ADMISSION:** ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS: TEMP** 99.1 (ORAL) **RESP.** 18 **PULSE** 100 **B/P** 106/76
**RECHECK IF SYSTOLIC <100> 50:** ____/____

**NATURE OF INJURY OR ILLNESS:**
① Body chart requested per DOC

| ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |


PROFILE RIGHT OR LEFT
RIGHT OR LEFT

**PHYSICAL EXAMINATION:**
① A&O x3. Resp @ ease. Skin w/p to touch. No injuries noted. Ambulating s difficulty @ s/s of acute distress noted.
② Release to DOC. MD to review

**ORDERS / MEDICATIONS / IV FLUIDS** | **TIME** | **BY**

**DIAGNOSIS:**

**INSTRUCTIONS TO PATIENT:**

**DISCHARGE DATE:** 11/27/04  **TIME:** 10:00 AM
**RELEASE / TRANSFERRED TO:** Draper ☒ DOC ☐ AMBULANCE
**CONDITION ON DISCHARGE:** ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

**NURSE'S SIGNATURE:** [signature] **DATE:** 11/27/04
**PHYSICIAN'S SIGNATURE:** _____ **DATE:** _____
**CONSULTATION:** _____

**INMATE NAME (LAST, FIRST, MIDDLE):** Fikes, Raheem
**DOC#:** 197170  **DOB:** 11/21/78  **R/S:** BM  **FAC:** DCC



# EMERGENCY

| | |
|---|---|
| ADMISSION DATE: 11/27/04 | TIME: 9:00 AM |
| ORIGINATING FACILITY: Draper | ☐ SIR ☐ PDL ☐ ESCAPEE |
| ALLERGIES: NKA | ☐ SICK CALL ☒ EMERGENCY ☐ OUTPATIENT |
| VITAL SIGNS: TEMP 99.3 ORAL/RECTAL | CONDITION ON ADMISSION: ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
| RESP. 24 | PULSE 82 | B/P 126/66 |

**NATURE OF INJURY OR ILLNESS**

S - Body chart per DOC request.

O - A&Ox3. Skin w/d. Resp clear ē ease. Noted 3 razor cuts. 2.5 cm laceration in ↑ mid lip, 1 cm lac in ® end of ↓ lip, 7.5 cm lac in right shoulder. No bleeding noted @ present. ∅ c/o pain.

**PHYSICAL EXAMINATION**

A - Pt in health maint.

P - Called MD. VO to send to ECH. Cleansed ē NS and applied steri strip to cut sites. Dressed ē 4x4 gauze to ® shoulder, secured ē elastic gauze bandage.

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| | | |
|---|---|---|
| DISCHARGE DATE: 11/27/04 | TIME: 9:15 AM | RELEASE / TRANSFERRED TO: ☐ DOC ☐ AMBULANCE |
| NURSE'S SIGNATURE | DATE | |
| PHYSICIAN'S SIGNATURE | DATE: 11/27/4 | CONSULTATION |
| CONDITION ON DISCHARGE: ☐ SATISFACTORY ☒ FAIR ☐ POOR ☐ CRITICAL | | |

**INMATE NAME (LAST, FIRST, MIDDLE):** Gee, Anthony

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 227493 | 2/22/83 | B/M | Draper |

(White - Record Copy, Yellow - Pharmacy Copy)

ALDOC Form 225B

**ALABAMA DEPARTMENT OF CORRECTIONS** 04-01009
**DISCIPLINARY REPORT**

1. Inmate: GEE, Anthony    Custody: Medium    AIS: B/227493
2. Facility: Draper Correctional Center
3. The above inmate is being charged by Officer Paula F. Burke with violation of rule number 38 specificall Indecent Exposure/Exhibitionism from regulation # 403 which occurred on or abo November 14, 20 04 at (time) 1:20 PM (am / pm), Location: Front of #2 Cell (Telephone area)
A hearing on this charge will be held after 24 hours from service.
4. Circumstances of the violation(s) are as follows:
On November 14, 2004, at approximately 1:20 PM, Officer Paula F. Burke observed Inmate Anthony Gee, B/227493, stroking his exposed erect penis in an upward and downward motion while looking directly at Officer Burke.

11/21/04
Date

Paula F. Burke, COI
Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I inform inmate of his/her right to present a written or oral statement at the hearing and to present written questions for th witnesses on this the 21st day of NOVEMBER, 20 04, at (time) 11:50 AM (am / pm).

John K Boulon, COI
Serving Officer / Signature / Rank

(Refused to Sign) John Boulon, COI
Inmate's Signature / AIS Number

6. Witness desired?  NO _____    YES  Anthony Gee
                    Inmate's Signature              Inmate's Signature

7. If yes, list: COI ANTHONY SMITH

8. Hearing Date  12/01/04    Time  7:34 AM    Place  PCC SEG UNIT
9. Inmate must be present at Hearing Room. If he/she is not present explain in detail on additional page and attach.
10. A finding is made that inmate (is / is not) capable of representing himself.

Signature / Hearing Officer

11. Plea: X Anthony Gee B/227493  Not Guilty _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

Signature / Hearing Officer

Annex C to AR 403 (Page 1

04-01009

13. Arresting Officer's Testimony (at the hearing):

On November 14, 2003 at approximately 1:20 PM, Officer Paula F. Burke observed inmate Anthony Gee, B/227493, stroking his exposed erect penis in an upward and downward motion while looking directly at Officer Burke. QFHO TO THE ARRESTING OFFICER-Q1. Did you observe inmate Gee penis exposed? Yes. Q2. Was he masturbating? Yes.

14. Inmate's Testimony:

I was sitting on the telephone stool when Officer Burke pointed at me and advised that she was writing me up for rule violation #38-Indecent Exposure/Exhibitionism. QFHO TO INMATE GEE-Q1. Was your penis exposed? No.1

Witness: Anthony Smith, COI                          Substance of Testimony:

I have no knowledge of this incident.
Witness: N/A                                          Substance of Testimony:

N/A
Witness: N/A                                          Substance of Testimony:

N/A

15. The inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached

_____
Signature / Hearing Officer

16. The following witnesses were not called  -  Reason not called
   1. N/A                                    N/A
   2. N/A                                    N/A
   3. N/A                                    N/A

04-01009

17. After hearing all the testimony, the hearing Officer makes the following findings of fact: (Be Specific)
The Hearing Officer finds that:

On 11/14/04, Officer Paula Burke was the assigned #1 Cell Downstairs Officer. While roving the front of the cell, Officer Burke looked across the hallway where #2 Cell is located and observed inmate Anthony Gee, B/227493, sitting on a telephone stool adjacent to the wall. Inmate Gee had his penis exposed (masturbating). Inmate Gee was looking directly at Officer Burke while he performed this sexual/lewd act.

18. Basis for Finding of Fact:

are based upon the sworn testimony, under oath, by the Arresting Officer, who indicated that she did observe inmate Anthony Gee, B/227493, penis exposed and that inmate Gee was massaging his exposed penis (masturbating) while looking directly at her as she patrolled her area of responsibility. Inmates incarcerated within the ALDOC are prohibited from displaying their genital parts in a sexual/lewd manner to the sight of Correctional/Support Staff. The hearing officer finds inmate Gee guilty as charged.

19. Hearing Officer's Decision:    XXXXX  Guilty    _____ Not Guilty

20. Recommendation of Hearing Officer:

(45) days disciplinary segregation. (45) loss of all privileges to include store, telephone and visitation. Placed in the Behavior Modification Dormitory upon completion of Segregation time served. Refer to job board for possible job reassignment (farm X 120 days) and Classification for review. Recommend that all punishment run consecutively with any exiting punishment.

_____
Signature / Hearing Officer
SGT. BRENDA KING
Typed Name and Title

21. Warden's Action - Date 12/3/04
    Approved _____
    Disapproved _____
    Other (Specify) _____

22. Reason if more than 30 calendar days delay in action. _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the 4 day of December, 2004, at (time) 1:05 pm (am/pm).

_____            _____
Signature / Serving Officer / Title        Inmate's Signature and AIS Number

Annex C to AR 403 (Page 3 c