In The United States District Court
For The Middle District of Alabama
—— Northern Division ——

Anthony Gee 227493
Plaintiff Pro Se

VS

James H. Deloach
Ricky Woods et Al
Defendants

Civil Action 2:06-CV-262-WKW

RECEIVED
2006 JUN 21 A 9:18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Calling And Interrogation of Witnesses

Comes Now the plaintiff Anthony Gee by And through himself Pursuant to rule 614(A) Fed. R. Evid (Calling witnesses) And moves this Court For An order directing (SGT. MILLER) (CO1 RICKY WOODS) And (Trevoris Sumler 232728) for good cause And state the Following

(1) SGT. William C. Miller 2nd shift Supervisor on (11-27-04) the night the plaintiff was Stabbed, cut, And severly beaten (ordered) the plaintiff And suspect (Trevoris Sumler) to (slap) the shit out of each other for our wrestling In Dorm 5 hard enough where he could feel it or he was going to slap the (shit) out of us and then lock us up for fighting we did as we was ordered which resulted In tha plaintiff almost losing his life upon return to Dormitory 5up.

(2) Ricky Woods for good cause to have him take A lie detector test because he was one of the few Officers standing by laughing whilst his supervisor ordered two Inmates plaintiff and ~~subject~~ to be exact

To slap the shit out of eachother, James ███ deloach As warden failed to train or supervise his staff therefore by the SGT ordering the two Inmates to Assault eachother and the SGT bystanding officers laughing and not trying to reprimand as SGT stated he done It caused tha plintiff to get beat, cut, and stabbed upon return to Dorm 5.

(3) trevoris Sumler 232728) to take A lie detector test stating that we was ordered to assault eachother and upon return to dorm 5up It resulted In the plaintiff almost losing his life.

(Wherefore)
The plaintiff request that the court grant this motion In all respects.

Respectfully Submitted
*Anthony Gee*
Anthony Gee \ 227493
P.O Box 10, E.C.F
Clio ALA
36017

# CERTIFICATE OF SERVICE

I Hereby Certify by my signature that I have sent a proper copy of the foregoing motion to the Attorney of record

Honorable J. Matt Bledsoe
Assistant Attorney General
11 South Union Street
Montgomery, Ala
    36130

proper Addressed, first class postage pre paid

Done this 17th day of June 2006

Signature _Anthony Gee_
Anthony Gee
5A-2  E.C.F
Segregation Unit
200 Wallace Dr
Clio Ala
    36017

LEGAL USE ONLY