IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GEE, #227493, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-262-WKW |
| | ) |
| JAMES H. DELOACH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for calling and interrogation of witnesses filed by the plaintiff on June 21, 2006 (Court Doc. No. 21), in which the plaintiff requests that this court enter an order compelling Sgt. William Miller admit various actions and requiring officer Ricky Woods and inmate Trevoris Sumler submit to a lie detector test, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 26th day of June, 2006.

         /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE