IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

Anthony Gee #227493
Plaintiff

V

James H Deloach
CO1 Ricky Woods
Defendants

Civil Action # 2:06-CV-00262-WKW-CSC

RECEIVED
2006 DEC -8 A 10:03
DEBRA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## FORM 55 REQUSET FOR ADMISSION OF FACTS

Plaintiff Anthony Gee #227493 Request Defendant (Warden James H Deloach) to admit the truth of the following

(1) You Is Warden of Draper Correctional Facility

(2) Your staff must act In line of Duty at all Times

(3) It is your job as Warden to make sure that all Inmates are kept safe from Inmates and Officers.

(4) You failed to Investigate the assault on 11-27-04 to find out your SGT made plaintiff and victim step each other

(5) you failed to have your Segregation officers to seperate Plaintiff and victims Rahiem Fikes and Trevoras Sumter once Placed In Segregation

(6) you allowed tha plaintiff and victims to be on Drapers exercise yard with no living agreement

(7) you faile to get tha names and dis its of the other Inmates In cell block sup who was Involved In almost killing tha Plaintiff

(8) you failed to house two officer In Drapers displinary modification dormtory which is creating a safety security hazards

(9) I didnt have no bussiness at your facility seeing as though I was court ordered 2-2-03 to Attent therpuatic community which your facility do not obtain.

(10) Had I been at tha only 2 camps who attan to tha assault and stabbing would occured - which is St clair and Ventress

11. you trained officers and supervisors who'll stand by and watch two Inmates assault oneanother Per their order

(12) I've come to you on several occasions concerning your officers and supervisors

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of this request for admission was mailed to J Matt Bledsoe Attorney for Defendant on this 5th Day of December 2006

anthony Yu #227493