IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Anthony Gee # 227473
  Plaintiff

v.                                 Civil Action # 2:06-CV-0262-WKW-CSC

James H Deloach
CO1 Ricky Woods
  Defendant(s)

RECEIVED
2006 DEC -8 A 10: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

---

## FORM 55. REQUEST FOR ADMISSION OF facts

Plaintiff Anthony Gee #227473 Request Defendant CO1 Ricky Woods to admit the truth of the following on or about 11-22-04

(1) you CO1 Ricky Woods did escort the plaintiff and victim "trevons Sumter to Drapers shift office for what you say "horseplaying" and while we was In the shift office you stood by and watched your supervisor SGT William miller 2nd shift supervisor order the plaintiff and victim to slap eachother hard enough where he could feel it or he was going to slap us himself and then Lock us up for fighting.

(2) you failed to get your supervisor to get the plaintiff and victim a body chart after slapping eachother.

3) you failed to get tha supervisor to get tha two Inmates to sign a living agreement upon slapping each other per SGT order

4) you did observe me coming down stairs holding my mouth shortly after tha plaintiff and victim was order to slap each other also bleeding eternally from my right shoulder per SGT order to assault one another.

5) admit you was Inadequate when tha beating and stabbing occurred

6) you created a safe and security hazard by letting Tha plaintiff and victim go back to tha dorm after watching your supervisor make us slap eachother.

7. you failed to write an Incident report concerning tha assault you observed but didnt do nothing to try to stop it.

**＊ Certificate Of Service ＊**

I hereby Certify that a true copy was mailed to J matt Bledsoe Attorney for Defendant on this 5th day of December 2006

anthony Du 227413