IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GEE, #227493, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-262-WKW |
| ) | |
| JAMES H. DELOACH, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the requests for admissions addressed to defendant DeLoach filed by the plaintiff on December 8, 2006 (Court Doc. No. 23), which the court construes to contain a motion for leave to conduct discovery, and as the information sought by the plaintiff in the interrogatories is either irrelevant to the disposition of the issues pending before this court or cumulative to the information previously provided by this defendant, it is

ORDERED that this motion be and is hereby DENIED.

Done this 12th day of December, 2006.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE