IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY GEE, #227493, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-262-WKW |
| | ) | |
| JAMES H. DELOACH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the requests for admissions addressed to Ricky Woods filed by the plaintiff on December 8, 2006 (Court Doc. No. 24), which the court construes to contain a motion for leave to conduct discovery, and as Ricky Woods has not been served nor is he represented by counsel for defendant DeLoach, it is

ORDERED that this motion be and is hereby DENIED.

Done this 12th day of December, 2006.

      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE