IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY GEE, #227493, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-262-WKW |
| | ) | |
| JAMES H. DELOACH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the file in this it is

ORDERED that on or before December 27, 2006 the plaintiff shall show good cause why his claims against Ricky Woods should not be dismissed without prejudice as "service of the summons and complaint [has] not [been] made upon [this] defendant within 120 days after the filing of the complaint . . ." and an additional 145 days have expired without the plaintiff providing an adequate address or means for service on this individual. Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 12th day of December, 2006.

  /s/ Charles S. Coody  
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE