IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

ANTHONY GEE #227493
    Plaintiff,

V.                                              CIVIL ACTION NO. 2:06-CV-262-WKW

JAMES H. DELOACH, et al.,
    Defendants,

## RESPONSE TO CLAIM

COMES NOW by and through, the Plaintiff PRO SE, ANTHONY GEE, shows good cause why the Defendant RICKY WOODS should not be dismissed from this civil action. On or about November, 2004, Officer Woods was present during the altercation in the Shift Commanders office at Draper Correctional Facility, between Sargent Miller, inmate ~~[redacted]~~ Treveris Sumnler, where the Plaintiff alleges Sergant Miller had the inmates slap one another. Officer Woods in his capacity as an ADOC officer did not try to stop said action of either the Sergant nor the inmates. Also Officer Woods escorted inmate Anthony Gee back to cell block 5 upper level where the inmates and his friends that he had just had the altercation with were also housed. Officer Woods knew this and placed the plaintiff in harms way for after he escorted inmate Anthony Gee, he was stabbed by one of the 2 inmates from he had the altercation with in the Shift Commander office. The plaintiff has shown good cause to why the Courts should not dismiss Officer Woods from the above styled case.

RESPECTFULLY SUBMITTED
ANTHONY GEE #227493
-Anthony Gee #227493

Sworn to me before my hand on this 9
day of JAN, 2007.

NOTARY PUBLIC

My commisson expires on: 6-7-2010