IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GEE, #227493, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-CV-262-WKW |
| | )  (WO) |
| JAMES H. DELOACH, et al., | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

The Magistrate Judge filed a Report and Recommendation (Doc. # 29) to which no objections were made. After an independent review of the record, and upon consideration of the Recommendation, it is ORDERED that:

1. The Report and Recommendation (Doc. # 29) is ADOPTED;

2. The plaintiff's claims against Ricky Woods are DISMISSED WITHOUT PREJUDICE for lack of service in accordance with the provisions of Rule 4(m), *Federal Rules of Civil Procedure*.

3. Defendant DeLoach's motion for summary judgment (Doc. # 19) is GRANTED;

4. The plaintiff's section 1983 claims against Defendant DeLoach are DISMISSED WITH PREJUDICE;

5. The plaintiff's state law claims of negligence against Defendant DeLoach are DISMISSED WITHOUT PREJUDICE; and

6. This case is DISMISSED.

An appropriate judgment will be entered.

DONE this 9th day of August, 2007.

                                              /s/  W. Keith Watkins  
                                    UNITED STATES DISTRICT JUDGE